

Military Park Building
60 Park Place, Suite 1000
Newark, New Jersey 07102
Phone: 973-693-4444
Fax: 973-693-4441
www.bmblawfirm.com

Brooke M. Barnett, Esq.

_____

March 31, 2021

**<u>Via ECF</u>**
Honorable Cathy Waldor
United States District Court
50 Walnut Street
Newark, NJ 07102

                         **Re:    Shykil Ferrell vs. Essex County Correctional Facility, et al.**
                                     **Civil Action No.:  2:18-cv-12795-CCC-CLW**

Dear Judge Waldor:

      As you are aware, this office represents Plaintiff, Shykil Ferrell, in the above-referenced matter scheduled for a settlement conference on Friday, April 9, 2021 at 10:00 a.m.  With consent from my adversary, Mr. Ruddy, I respectfully request this matter be postponed.  A five (5) page confidential settlement memorandum is due by Friday, April 2, 2021.  I respectfully request that the settlement conference be postponed so that I may be granted additional time to submit my confidential settlement memorandum.

      Should this request be granted, please advise this office. I sincerely thank the Court for its attention and consideration.

                                  Respectfully Submitted,
                                  BMB LAW FIRM

                */s/*     *Brooke Barnett*

                                  BROOKE M. BARNETT, ESQ.

cc:    Alan Ruddy, Esq. (Via ECF)