

# OFFICE OF THE COUNTY COUNSEL

Hall of Records, Room 535, Newark, New Jersey 07102
973.621.5003   ---   973.621.4599 (Fax)
www.essexcountynj.org

**Joseph N. DiVincenzo, Jr.**
Essex County Executive

**Courtney M. Gaccione**
Essex County Counsel

May 14, 2021

Hon. Cathy Waldor, U.S.D.J.
Martin Luther King Jr. Federal Building
 and Courthouse – Rom 4040
Newark, NJ  07102

  Re: Shykil Ferrell v. Essex County, et al.
    Case No. 2:18-cv-12795-CCC-CLW

Dear Judge Waldor:

  Presently there is a Settlement Conference scheduled for Tuesday, May 18, 2021.  We would respectfully request the Court adjourn this conference for approximately two weeks in order for defendant to fully vett Your Honor's recommendation at the last conference.

            Respectfully submitted,

            *s/Alan Ruddy*_____
            Alan Ruddy
            Assistant County Counsel
            (973) 621-5021

AR/gs
cc/all counsel